# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ryan Marc Bogash and Lesley Susan Bogash | BKY. NO. 12-06781 MDF |
| <u>Debtor(s)</u> | CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-11, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: BAC)

                                                    Respectfully submitted,

                                                   **/s/ Thomas Puleo**
                                                   Thomas Puleo, Esquire
                                                   James C. Warmbrodt, Esquire
                                                   KML Law Group, P.C.
                                                   701 Market Street, Suite 5000
                                                   Philadelphia, PA 19106-1532
                                                   (215) 825-6306  FAX (215) 825-6406
                                                   Attorney for Movant/Applicant