```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 12-06781-RNO
Ryan Marc Bogash                                                Chapter 13
Lesley Susan Bogash
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: CGambini          Page 1 of 1          Date Rcvd: Aug 11, 2017
                              Form ID: ntrevtfr       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2017.
db/jdb          +Ryan Marc Bogash,     Lesley Susan Bogash,    7525 Pinewild Road,    Seven Valleys, PA 17360-9176

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com,  dehartstaff@pamd13trustee.com
          Craig S. Sharnetzka   on behalf of Joint Debtor Lesley Susan Bogash csharnetzka@cgalaw.com,
           tlocondro@cgalaw.com;hlocke@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.co
           m;kbrayboy@cgalaw.com;r48835@notify.bestcase.com
          Craig S. Sharnetzka   on behalf of Debtor Ryan Marc Bogash csharnetzka@cgalaw.com,
           tlocondro@cgalaw.com;hlocke@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.co
           m;kbrayboy@cgalaw.com;r48835@notify.bestcase.com
          Joseph P Schalk   on behalf of Creditor   Ditech Financial, LLC pamb@fedphe.com
          Joseph P Schalk   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
           TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-11
           pamb@fedphe.com
          Joshua I Goldman   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
           2005-11 bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Kevin T McQuail   on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York as
           Trustee ecfmail@mwc-law.com
          Mario John Hanyon   on behalf of Creditor   Bank Of New York Mellon F/K/A/ The Bank Of New York
           As Trustee For et al. pamb@fedphe.com
          Thomas I Puleo   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
           TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-11
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                          TOTAL: 10
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Ryan Marc Bogash                      Chapter        13
aka Ryan M. Bogash
Lesley Susan Bogash              Case No.       1:12−bk−06781−RNO
aka Lesley S. Bogash

     Debtor(s)

## Notice

Notice to the Debtors:

The Trustee has filed a final report and final account certifying that the estate has been fully administered. If within thirty (30) days no objection has been filed by the United States Trustee or a party in interest, pursuant to F.R.B.P. 5009, there shall be a presumption that the estate has been fully administered and this case will be closed without further notice.

Pursuant to L.B.R. 3015−5 a discharge will not be entered for both debtors unless a Certification Regarding Domestic Support Obligations is filed. Only Certifications filed on or after the date the Trustee certifies plan payments were completed are valid, certifications filed before that date must be refiled.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| U.S. Bankruptcy Court | Terrence S. Miller |
| Ronald Reagan Federal Building | Clerk of the Bankruptcy Court: |
| PO Box 908 | By: CGambini, Deputy Clerk |
| Harrisburg, PA 17108 | |
| (717) 901−2800 | |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: August 11, 2017 |