```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                      Case No. 12-06781-RNO
Ryan Marc Bogash                                            Chapter 13
Lesley Susan Bogash
         Debtors                CERTIFICATE OF NOTICE
District/off: 0314-1         User: CGambini           Page 1 of 1             Date Rcvd: Aug 22, 2017
                             Form ID: trc             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 4612448        E-mail/Text: bankruptcy.bnc@ditech.com Aug 22 2017 19:01:10     Green Tree Servicing LLC,
                PO Box 6154,   Rapid City, SD 57709-6154
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Craig S. Sharnetzka    on behalf of Joint Debtor Lesley Susan Bogash csharnetzka@cgalaw.com,
               tlocondro@cgalaw.com;hlocke@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.co
               m;kbrayboy@cgalaw.com;r48835@notify.bestcase.com
              Craig S. Sharnetzka    on behalf of Debtor Ryan Marc Bogash csharnetzka@cgalaw.com,
               tlocondro@cgalaw.com;hlocke@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.co
               m;kbrayboy@cgalaw.com;r48835@notify.bestcase.com
              Joseph P Schalk    on behalf of Creditor    Ditech Financial, LLC pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
               TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-11
               pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2005-11 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin T McQuail    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York as
               Trustee ecfmail@mwc-law.com
              Mario John Hanyon    on behalf of Creditor    Bank Of New York Mellon F/K/A/ The Bank Of New York
               As Trustee For et al. pamb@fedphe.com
              Matthew Christian Waldt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2005-11 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Thomas I Puleo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
               TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-11
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 11

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:12-bk-06781-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Ryan Marc Bogash
7525 Pinewild Road
Seven Valleys PA 17360

Lesley Susan Bogash
7525 Pinewild Road
Seven Valleys PA 17360

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/22/2017.

Name and Address of Alleged Transferor(s):

Claim No. 5: Green Tree Servicing LLC, PO Box 6154, Rapid City, SD 57709-6154

Name and Address of Transferee:

The Bank of New York Mellon as Trustee
Serviced by Select Portfolio Servicing,
3217 S. Decker Lake Dr.
Salt Lake City, UT 84115
The Bank of New York Mellon as Trustee
Serviced by Select Portfolio Servicing,

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/24/17

Terrence S. Miller
**CLERK OF THE COURT**